AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| DANIELLE N. COLLINS | ) | 3:24-mj-725 |
| | ) | |
| *Defendant(s)* | ) | |

FILED
RICHARD W. NAGEL
CLERK OF COURT
12/2/24

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 19, 2024__ in the county of __Montgomery__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §3146(a)(2) and (b)(1)(A)(i). | Knowingly and willfully failing to appear for service of a sentence pursuant to a court order. |

This criminal complaint is based on these facts:
See Attached Affidavit of Logan Evans

☑ Continued on the attached sheet.

*Logan Evans*
Complainant's signature

Logan Evans, Deputy U.S. Marshal
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/02/2024

Caroline H. Gentry
United States Magistrate Judge

City and state: Dayton, Ohio